**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Atlanta Division
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In
Re:    **Kathleen Marie Hardrick**

Case No.: **19–66512–jwc**
Chapter: **7**
Judge: **Jeffery W. Cavender**

## *ORDER SETTING DEADLINES FOR DEBTOR TO CORRECT FILING DEFICIENCY(IES)*

The Debtor filed a petition under the United States Bankruptcy Code on 10/15/19 . This case contains one or more filing deficiencies that must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov.

**To be filed by 10/22/19**
None Apply

**To be Filed by 10/29/19**
Attorney Disclosure of Compensation Form (Official Form B2030)

**To be filed by 11/14/19**
None Apply

**If, by the dates set forth above, i) the Debtor fails to file the required papers or correct the deficiencies; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.**

**The Clerk will serve this order on Debtor, Debtor's counsel, and Trustee.**

SO ORDERED, on October 16, 2019.

Jeffery W. Cavender
United States Bankruptcy Judge

Form 430b December 2018

United States Bankruptcy Court
Northern District of Georgia

In re:  
Kathleen Marie Hardrick  
      Debtor  

Case No. 19-66512-jwc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113E-9      User: sls      Page 1 of 1      Date Rcvd: Oct 16, 2019  
                    Form ID: 430b    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2019.  
db        +Kathleen Marie Hardrick,   4133 Duran Lane,   Auburn, GA 30011-4700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2019 at the address(es) listed below:  
             E. L. Clark    on behalf of Debtor Kathleen Marie Hardrick ecfnotices@cw13.com, cwatlantabk@gmail.com  
             Kyle A. Cooper    kylecoopertrustee@gmail.com, GA31@ecfcbis.com  
             Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov  
                                                                                                        TOTAL: 3