UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-66512-JWC |
| KATHLEEN MARIE HARDRICK, | CHAPTER 7 |
| Debtor. | |

### MOTION TO REOPEN CHAPTER 7 CASE

**COMES NOW** Kathleen Marie Hardrick, Debtor in the above-styled Chapter 7 case, and through counsel files this *Motion to Reopen Chapter 7 Case*, showing to this Honorable Court the following:

1.

This Honorable Court has jurisdiction in this matter pursuant to 28 U.S.C. Sections 151, 157 and 1334.  Venue is appropriate pursuant to 28 U.S.C. Section 1408.

2.

This Motion is brought pursuant to 11 U.S.C. Sections 350(b) and 105(a); and pursuant to Rules 5010 and 9024 Fed. R. Bankr. P.  Under 11 U.S.C. Section 350(b), this Court has authority to reopen a case to accord relief to the debtor.

3.

Debtor filed a Voluntary Petition for relief in the above-styled Chapter 7 case on October 15, 2019.  The case was discharged on February 13, 2020.

4.

Debtor respectfully requests that this Honorable Court reinstate this Chapter 7 case to disclose pending legal claim.

6.

A $260.00 filing fee is being paid to the Clerk of Court contemporaneously with the filing of this Motion.

**WHEREFORE**, Debtor prays:

(a) that this Motion be filed, read, and considered;
(b) that this Motion be granted and that this Chapter 7 case be reopened and reinstated; and

(c)     that this Honorable Court grant such other and further relief as it deems just and proper.

Respectfully submitted,
/s/_____
Jessica Douglas GA Bar No. 340570
Attorney for Debtor

Clark & Washington, LLC
3300 Northeast Expwy Bldg 3
Atlanta, GA 30341
Phone:  404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 19-66512-JWC |
| KATHLEEN MARIE HARDRICK, | CHAPTER 7 |
| Debtor. | |

**NOTICE OF HEARING ON MOTION TO REOPEN CHAPTER 7 CASE**

**PLEASE TAKE NOTICE** that the above-referenced Debtor filed a *Motion to Reopen Chapter 7 Case*, seeking an Order from the Court reopening and reinstating this case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the matter at the following number: **833-568-8864**; access code **1604595648** at **11:00AM**, on **November 4, 2021** in Courtroom **1203** of the United States Bankruptcy Court, 75 Ted Turner Drive, SW, Atlanta, GA, 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, United States Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA, 30303. You must also mail a copy of your response to the undersigned at the address stated below.

        Respectfully submitted,
        */s/*_____
        Jessica Douglas GA Bar No. 340570
        Attorney for Debtor

Clark & Washington, LLC
3300 Northeast Expwy Bldg 3
Atlanta, GA 30341
Phone: 404-522-2222
Fax: 770-220-0685
Email: ecfnotices@cw13.com

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I am over the age of 18 and that on this date I served a copy of the foregoing *Motion to Reopen Chapter 7 Case* and *Notice of Hearing on Motion to Reopen Chapter 7 Case* by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Kathleen Hardrick
4133 Duran Lane
Auburn, GA 30011

Kyle A Cooper, Chapter 7 Trustee
Greene & Cooper
120 Travertine Trail
Alpharetta, GA 30022

And, In the same manner, I served the parties listed on the attached matrix at the addresses indicated therein,

Dated: 10/4/2021
Respectfully submitted,
/s/ _____
Jessica Douglas GA Bar No. 340570
Attorney for Debtor

Clark & Washington, LLC
3300 Northeast Expwy Bldg 3
Atlanta, GA 30341
Phone: 404-522-2222
Fax: 770-220-0685
Email: ecfnotices@cw13.com

```
Label Matrix for local noticing          Afni, Inc.                              Allied Collection & Credit Bureau, Inc
113E-1                                   Attn: Bankruptcy                        Po Box 640
Case 19-66512-jwc                        Po Box 3427                             Hoschton GA 30548-0640
Northern District of Georgia             Bloomington, IL 61702-3427
Atlanta
Mon Oct  4 10:50:01 EDT 2021

American Profit Recovery                 (p)ATLAS ACQUISITIONS LCC               Childrens Healthcare of Atlanta
Attn: Bankruptcy                         492C CEDAR LANE SUITE 442               1605 Chantilly Drive
34505 W 12 Mile Road #333                TEANECK NJ 07666-1713                   #200
Farmington Hills, MI 48331-3288                                                  Atlanta, GA 30324-3269


City of Buford                           E. L. Clark                             Collectron Of Atlanta/Carter-Young
2300 Buford Hwy                          Clark & Washington, LLC                 Attention: Bankruptcy
Buford GA 30518-6044                     Bldg 3                                  Po Box 92269
                                         3300 Northeast Expressway               Atlanta, GA 30314-0269
                                         Atlanta, GA 30341-3932


Comenitybank/New York                    Convergent Outsourcing                  Kyle A. Cooper
Attn: Bankruptcy                         PO Box 1022                             Kyle A. Cooper Trustee
Po Box 18215                             Wixom, MI 48393-1022                    120 Travertine Trail
Columbus, OH 43218                                                               Alpharetta, GA 30022-5194


Department of Education/Nelnet           (p)JEFFERSON CAPITAL SYSTEMS LLC        Fingerhut
Attn: Claims                             PO BOX 7999                             P.O. Box 166
Po Box 82505                             SAINT CLOUD MN 56302-7999               Newark, NJ 07101-0166
Lincoln, NE 68501-2505


(p)GEORGIA DEPARTMENT OF REVENUE         Kathleen Marie Hardrick                 Hyundai Motor Finance
COMPLIANCE DIVISION                      4133 Duran Lane                         Attn: Bankruptcy
ARCS BANKRUPTCY                          Auburn, GA 30011-4700                   Po Box 20829
1800 CENTURY BLVD NE SUITE 9100                                                  Fountain City, CA 92728-0829
ATLANTA GA 30345-3202


IC System                                IRS                                     Jefferson Capital System LLC
444 Highway 96 East                      401 W. Peachtree St., NW                P.O.Box 772813
PO Box 64378                             Stop #334-D                             Chicago, IL 60677-0113
Saint Paul, MN 55164-0378                Room 400
                                         Atlanta, GA 30308


Kohls/Capital One                        Luminess Direct LLC                     Medical Data Systems (MDS)
Attn: Bankruptcy                         12802 Capricorn Dr                      Attn: Bankruptcy Dept
Po Box 30285                             Stafford TX 77477-3913                  2001 9th Ave Ste 312
Salt Lake City, UT 84130-0285                                                    Vero Beach, FL 32960-6413


Office of the United States Trustee      Orions Management Grou                  Pdq Services Inc
362 Richard Russell Building             711 E. Ball Road                        Attn:  Bankruptcy Department
75 Ted Turner Drive, SW                  Anaheim, CA 92805-5925                  700 Churchill Ct. Suite 200
Atlanta, GA 30303-3315                                                           Woodstock, GA 30188-6841


Quest Diagnostics                        Southwest Credit Systems                Tebo Dental Group
3 Giralda Farms                          4120 International Parkway              609 Beaver Ruin Road NW
Madison, NJ 07940-1027                   Suite 1100                              Suite A 609
                                         Carrollton, TX 75007-1958               Lilburn GA 30047-3401
```

```
Total Visa/Bank of Missouri          US AUTO FINANCE GROUP, LLC           USAA Federal Savings Bank
Attn: Bankruptcy                     C/o Registered Agents Inc (R.A.)     Attn: Bankruptcy
Po Box 85710                         4068 Brookcrest Cir                  10750 Mcdermott Freeway
Sioux Falls, SD 57118-5710           Decatur, GA 30032-3821               San Antonio,, TX 78288-1600


United States Attorney               Wells Fargo Dealer Services
Northern District of Georgia         Attn: Bankruptcy
75 Ted Turner Drive SW, Suite 600    Po Box 19657
Atlanta GA 30303-3309                Irvine, CA 92623-9657
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Atlas Acquisitions LLC               (d)Atlas Acquisitions, LLC           Fingerhut
294 Union St.                        Attn: Avi Schild                     Attn: Bankruptcy
Hackensack, NJ 07601                 294 Union Street                     Po Box 1250
                                     Hackensack, NJ 07601                 Saint Cloud, MN 56395


Georgia Department of Revenue        End of Label Matrix
Compliance Division                  Mailable recipients    34
ARCS Bankruptcy                      Bypassed recipients     0
1800 Century BLVD NE Suite 9100      Total                  34
Atlanta, GA 30345-3202
```