**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-66512-JWC |
| KATHLEEN MARIE HARDRICK, ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor. ) | JUDGE CAVENDER |

## WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION

**COMES NOW,** Kyle A. Cooper as the reappointed Chapter 7 Trustee in the above-styled case and in light of new information regarding a newly disclosed personal injury claim respectfully withdraws the *Chapter 7 Trustee's Report of No Distribution* filed on November 19, 2019.

This the 10th day of November, 2021.

/s/ Kyle A. Cooper
Kyle A. Cooper
GA Bar No. 425918
*Chapter 7 Trustee*

120 Travertine Trail
Alpharetta, GA 30022
(678) 920-0792
kylecoopertrustee@gmail.com

1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing **WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION** upon the following parties by U.S. Mail, postage pre-paid and addressed as follows:

United States Trustee
362 Richards Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Kathleen Marie Hardrick
4133 Duran Lane
Auburn, GA 30011

E.L. Clark
Clark & Washington, LLC
3300 Northeast Expressway, Bldg 3
Atlanta, GA 30341

Kathyrn Guzner
Melman Law Group, LLC
1702 Macy Drive
Roswell, GA 30076

Atlas Acquisitions, LLC
294 Union St
Hackensack, NJ 07601

This 10th day of November, 2021

/s/ Kyle A. Cooper
Kyle A. Cooper
GA Bar No. 425918
*Chapter 7 Trustee*

120 Travertine Trail
Alpharetta, GA 30022
(678) 920-0792
kylecoopertrustee@gmail.com